Darrell Ezell                                        5                           64341/EF.jg
Docket Number: 12 CR 632-01(JPO)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑   The Modification of the Conditions of Supervised Release, to include; ***The defendant will pay at least $1,000 per month towards the restitution order.***

☐   Modification of Conditions Denied

☐   Other:

_____
Signature of Judicial Officer

2/24/16
_____
Date

PROB 12B
(4/15)