PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
UNITED STATES OF AMERICA,  :   SATISFACTION OF JUDGMENT

        Plaintiff,  :   12 CR 0632 (JPO)

   - v. -  :

DARRELL EZELL,  :

        Defendant.
------------------------------- x

SOUTHERN DISTRICT OF NEW YORK

    Satisfaction is acknowledged between United States of America, plaintiff, and Darrell Ezell, defendant, for the fine in the amount of $17,500.00 and the special assessment in the amount of $600.00 amounting in all to the sum of $18,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 12th day of November 2015.

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                          By: _____
                                    KATHLEEN A. ZEBROWSKI
                                    Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 4th day of October 2016, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2018