Darrell Ezell 4 64341 – EF. LP
Docket Number: 0208 1:12CR00632




ELECTRONICALLY FILED
2/7/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ✓ ] Transfer of Jurisdiction to the Eastern District of Pennsylvania **APPROVED**

[ ] Transfer of Jurisdiction to the Eastern District of Pennsylvania **DENIED**

[ ] Other

_____
Signature of Judicial Officer

2/6/18
Date